IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CV-207-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SEASHORE DRUGS, INC.; JOHN D. WAGGETT; BILLY W. KING, II, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion to allow defense counsel to file a special appearance without Local Civil Rule 83.1 counsel. (DE 8). For good cause shown, under the limited circumstances of this case where the parties have reached a settlement agreement and wish to file a proposed consent order, the motion is GRANTED. However, where defense counsel is not a registered CM/ECF user of this court, defendants are DIRECTED to file the notice of appearance of defense counsel by mailing the signed original[1] to the clerk of court for filing. The clerk is DIRECTED to serve this order, and any subsequent filings in this case, upon defendants through counsel via United States Mail, and any subsequent filings by defendants in this case shall be made similarly by United States Mail.

SO ORDERED, this the 4th day of December, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] The notice of appearance attached as an exhibit to the instant motion is not signed.